No. 197.  Louis Wunder *v.* United States.  Error to the District Court of the United States for the District of Maryland.  Motion to dismiss or affirm submitted November 22, 1920.  Decided December 6, 1920.  *Per Curiam.*  Affirmed upon the authority of *Hamilton* v. *Kentucky Distilleries & Warehouse Co.*, 251 U. S. 146; *Ruppert* v. *Caffey*, 251 U. S. 264.  *Mr. George Louis Eppler* and *Mr. Fuller Barnard, Jr.*, for plaintiff in error.  *The Solicitor General* for the United States.

---

No. 23, Original.  State of Oklahoma *v.* State of Texas.  December 6, 1920.  Order entered making allowances to counsel and to the receiver.

---

No. 115.  Isadore Workin et al. *v.* United States.  Error to the Circuit Court of Appeals for the Second Circuit.  Submitted December 9, 1920.  Decided December 13, 1920.  *Per Curiam.*  Dismissed for want of jurisdiction upon the authority of *Macfadden* v. *United States*, 213 U. S. 288.  And see *Boise Water Co.* v. *Boise City*, 230 U. S. 98, 100; *Chott* v. *Ewing*, 237 U. S. 197; *Alaska Pacific Fisheries* v. *Alaska*, 249 U. S. 53, 60–61.  *Mr. Lawrence B. Cohen* and *Mr. I. Maurice Wormser* for plaintiffs in error.  *The Solicitor General* for the United States.